1122

No. 98–8530. KOJO-KWARTENG v. WASHINGTON UNIVERSITY ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–8532. MURRAY v. FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES ET AL. Sup. Ct. Fla. Certiorari denied.

No. 98–8534. CRUZ v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 98–8535. GYADU v. WORKERS' COMPENSATION COMMISSION ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–8536. GYADU v. D'ADDARIO INDUSTRIES ET AL. App. Ct. Conn. Certiorari denied.

No. 98–8539. HASHIM v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 98–8542. DAVILA v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 98–8547. PANIAGUA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–8548. SHERMAN v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 98–8549. SHEARIN v. BOARD ON PROFESSIONAL RESPONSIBILITY OF THE SUPREME COURT OF DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 98–8554. OKOCHA v. CUYAHOGA COUNTY BAR ASSN. Sup. Ct. Ohio. Certiorari denied.

No. 98–8572. BELL v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 98–8577. BROOKS v. MARTIN MARIETTA UTILITY SERVICES, INC., ET AL. C. A. 6th Cir. Certiorari denied.